UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND, BUILDING & PUBLIC
WORKS LABORERS VACATION FUND, and
JOHN J. SCHMITT (in his capacity as Trustee),

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

              Plaintiffs,

v.                                         Case No. 17-CV-901

THE BRISTOL GROUP, LLC,

              Defendant.

## ORDER AND ENTRY OF INJUNCTIVE RELIEF

On Plaintiffs' motion for injunctive relief in the above-captioned matter, the court orders as follows:

1.    Defendant, The Bristol Group, LLC has failed to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a).

2.    Defendant, The Bristol Group, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to Plaintiff Funds and by failing

to submit to an audit of the company's books and records by Plaintiff Funds' designated representative covering the period of November 1, 2015 to the present date.

3. Plaintiff Funds must conduct an audit of Defendant's payroll records to liquidated its claims and proceed to judgment.

## ORDER

**IT IS ORDERED THAT:**

1. That, The Bristol Group, LLC shall submit within ten (10) days of the date of this Order to an audit of the company's books and records by Plaintiff Funds' designated representative covering the period November 1, 2015 to the present date.

2. Plaintiffs may submit a motion for default judgment within thirty (30) days of completion of the audit, at which point the court will hold a hearing on the motion and, as appropriate, enter judgment in favor of Plaintiffs to include all contributions, interest and liquidated damages due to Plaintiffs as reported by the auditor, along with Plaintiffs' costs and attorney's fees.

3. In the absence of a motion for default judgment or request for further relief, the court shall hold a telephone status conference on ___June 6___, 2018 at __9:00__ a.m./p.m.

Entered this __7th__ day of __February__, 2018.

BY THE COURT:

~~Stephen L. Crocker~~ William M. Conley
~~Magistrate~~ District Judge

2