IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS PENSION
FUND, et al,

     Plaintiffs,

Case No. 17-cv-901-wmc

v.

THE BRISTOL GROUP, LLC,
METROSCAPES, LLC,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Wisconsin Laborers Health Fund and joint and several against defendants The Bristol Group, LLC, and Metroscapes, LLC in the amount of $263,076.40.

Judgment is also entered in favor of Building Trade United Pension Fund and joint and several against defendants Bristol Group, LLC, and Metroscapes, LLC in the amount of $275,366.10.

Appr wed as to form this 9th day of January, 2020.

William M. Conley, District Judge

Peter Oppeneer, C erk of Court

1/10/2020

Date